Thomas Lether, ABA #1509081
Lether & Associates, PLLC
1848 Westlake Ave N., Suite 100
Seattle, W A 98109
Phone: (206) 467-5444
Fax: (206) 467-5544
*Attorney for Plaintiffs The Charter Oak Fire Insurance Company, The Travelers Indemnity Company Of America, The Travelers Indemnity Company Of Connecticut, And Travelers Property Casualty Company Of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurer, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a foreign insurer, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a foreign insurer, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer, <br><br> *Plaintiffs and Counter-Defendants,* <br><br> v. <br><br> INTEGRATED CONCEPTS AND RESEARCH CORPORATION, a corporation, VSE CORPORATION, a corporation, and MUNICIPALITY OF ANCHORAGE, <br><br> *Defendant and Counter-Plaintiff.* | NO. 3:15-cv-00147-RRB <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION AND ORDER OF DISMISSAL
The Charter Oak Fire Insurance Company, et al. v.
Integrated Concepts and Research Corporation, et al.
Cause No. 3:15CV-00147-SLG

| | |
|---|---|
| INTEGRATED CONCEPTS AND RESEARCH CORPORATION, a corporation,<br><br>       *Third-Party Plaintiff.*<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a foreign insurer, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a foreign insurer, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a foreign insurer,<br><br>       *Third-Party Defendants.* | |

## STIPULATION

COME NOW Plaintiffs The Charter Oak Fire Insurance Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America (hereinafter collectively "Travelers"), Defendant/Third-Party Plaintiff Integrated Concepts and Research Corporation, Defendants VSE Corporation and Municipality of Anchorage, and Third-Party Defendants Zurich American Insurance Company and American Guarantee and Liability Insurance Company (hereinafter collectively "Zurich"), by and through their attorneys of record, and hereby agree and stipulate that the current action against each other should be dismissed with prejudice and without fees or costs to any party.

//


//

STIPULATION AND ORDER OF DISMISSAL
The Charter Oak Fire Insurance Company, et al. v.
Integrated Concepts and Research Corporation, et al.
Cause No. 3:15CV-00147-SLG

DATED this 14th day of February, 2017.

| LETHER & ASSOCIATES, PLLC | BIRCH HORTON BITNER & CHEROT |
|---|---|
| */s/ Thomas Lether*_____ | */s/ _Max D. Garner*_____ |
| Thomas Lether, ABA #1509081 | Max D. Garner, ABA #9011096 |
| 1848 Westlake Ave N., Suite 100 | 1127 West Seventh Avenue |
| Seattle, WA 98109 | Anchorage, AK 99501 |
| *Attorney for Plaintiff and Counter-Defendant* | *Attorneys for Defendants and Counter-Plaintiff Integrated Concepts and Research Corporation and VSE Corporation* |

| PREG O'DONNELL & GILLETT, PLLC | MUNICIPALITY OF ANCHORAGE |
|---|---|
| */s/ _Eric Gillett*_____ | /s/ *Robert Owens*_____ _____ |
| Eric Gillett, ABA #8611111 | Robert Owens, ABA #8406043 |
| 901 Fifth Avenue, Suite 3400 | Municipal Attorney's Office |
| Seattle, WA 98164 | P.O. Box 196650 |
| *Attorney for Plaintiff* | Anchorage, Alaska 99519-6650 |
| | *Attorney for Defendant Municipality of Anchorage* |

| MORGAN, LEWIS & BOCKIUS LLP (DC) | SOHA & LANG PS |
|---|---|
| */s/_W. Brad Nes*_____ | /s/_*Steven Soha*_____ |
| Paul A. Zevnik | Steven Soha, ABA #10909 |
| Teri J. Diaz | Soha & Lang PS |
| W. Brad Nes | Puget Sound Plaza |
| Morgan, Lewis & Bockius LLP (DC) | 1325 4th Avenue |
| 1111 Pennsylvania Ave. N.W. | Suite 2000 |
| Washington, DC 20004 | Seattle, WA 98101 |
| *Attorney for Defendants Integrated Concepts and Research Corporation and VSE Corporation* | *Attorney for Third Party Defendants Zurich American Insurance Company and American Guarantee and Liability Insurance Company* |

STIPULATION AND ORDER OF DISMISSAL
The Charter Oak Fire Insurance Company, et al. v.
Integrated Concepts and Research Corporation, et al.
Cause No. 3:15CV-00147-SLG

Case 3:15-cv-00147-SLG   Document 54   Filed 02/14/17   Page 3 of 6

## I. ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That Plaintiffs The Charter Oak Fire Insurance Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America's, Defendants/Third-Party Plaintiff Integrated Concepts and Research Corporation, Defendants VSE Corporation and Municipality of Anchorage, and Third-Party Plaintiffs Zurich American Insurance Company and American Guarantee and Liability Insurance Company's claims and counterclaims against each other are hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this ___ day of _____ , 2017.

_____
Honorable Sharon L. Gleason

**Presented By:**

| | |
|---|---|
| LETHER & ASSOCIATES, PLLC | BIRCH HORTON BITNER & CHEROT |
| */s/ Thomas Lether*_____ | */s/ Max D. Garner*_____ |
| Thomas Lether, ABA #1509081 | Max D. Garner, ABA #9011096 |
| 1848 Westlake Ave N., Suite 100 | 1127 West Seventh Avenue |
| Seattle, WA 98109 | Anchorage, AK 99501 |
| *Attorney for Plaintiff and Counter-Defendant* | *Attorneys for Defendants and Counter-Plaintiff Integrated Concepts and Research Corporation and VSE Corporation* |

STIPULATION AND ORDER OF DISMISSAL
The Charter Oak Fire Insurance Company, et al. v.
Integrated Concepts and Research Corporation, et al.
Cause No. 3:15CV-00147-SLG

Case 3:15-cv-00147-SLG   Document 54   Filed 02/14/17   Page 4 of 6

| PREG O'DONNELL & GILLETT, PLLC | MUNICIPALITY OF ANCHORAGE |
|---|---|
| /s/ _Eric Gillett_____<br>Eric Gillett, ABA #8611111<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164<br>*Attorney for Plaintiff* | /s/ *Robert Owens*_____ _____<br>Robert Owens, ABA #8406043<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, Alaska 99519-6650<br>*Attorney for Defendant Municipality of Anchorage* |
| MORGAN, LEWIS & BOCKIUS LLP (DC) | SOHA & LANG PS |
| /s/_W. Brad Nes_____ _____<br>Paul A. Zevnik<br>Teri J. Diaz<br>W. Brad Nes<br>Morgan, Lewis & Bockius LLP (DC)<br>1111 Pennsylvania Ave. N.W.<br>Washington, DC 20004<br>*Attorney for Defendants Integrated Concepts and Research Corporation and VSE Corporation* | /s/_*Steven Soha*_____ _____<br>Steven Soha, ABA #10909<br>Soha & Lang PS<br>Puget Sound Plaza<br>1325 4th Avenue<br>Suite 2000<br>Seattle, WA 98101<br>*Attorney for Third Party Defendants Zurich American Insurance Company and American Guarantee and Liability Insurance Company* |

STIPULATION AND ORDER OF DISMISSAL
The Charter Oak Fire Insurance Company, et al. v.
Integrated Concepts and Research Corporation, et al.
Cause No. 3:15CV-00147-SLG

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

| | |
|---|---|
| Robert P. Owens<br>Municipal Attorney's Office<br>P.O. Box 196650<br>Anchorage, Alaska 99519-6650<br>Phone: 907.343.4545<br>Fax: 907.343.4550<br>uslit@muni.org<br>*Attorney for Defendant Municipality of Anchorage* | Max Garner<br>Birch Horton Bittner & Cherot<br>1127 West Seventh Avenue<br>Anchorage, AK 99501<br>Phone: 907.276.1550<br>Fax: 907.276.3680<br>mgarner@bhb.com<br>*Attorney for Defendants Integrated Concepts and Research Corporation and VSE Corporation* |
| Paul A. Zevnik<br>Teri J. Diaz<br>W. Brad Nes<br>Morgan, Lewis & Bockius LLP (DC)<br>1111 Pennsylvania Ave. N.W.<br>Washington, DC 20004<br>Paul.zevnik@morganlewis.com<br>Teri.diaz@moganlewis.com<br>Brad.nes@morganlewis.com<br>*Attorney for Defendants Integrated Concepts and Research Corporation and VSE Corporation* | Steven Soha, ABA #10909<br>Soha & Lang PS<br>Puget Sound Plaza<br>1325 4th Avenue<br>Suite 2000<br>Seattle, WA 98101<br>*Attorney for Third Party Defendants Zurich American Insurance Company and American Guarantee and Liability Insurance Company*<br>**\*Email Only** |
| Eric Gillett<br>Preg O'Donnell & Gillett, PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164<br>Phone: 206.287.1775<br>egillett@pregodonnell.com<br>*Attorney for Plaintiff* | |

**By:**    **[ ] First Class Mail**    **[X] E-mail**    **[X] ECF Notification**

Dated this 14th day of February, 2017, at Seattle, Washington.

                                                 */s/ Nicholas McMurray*
                                                 Nicholas McMurray, Paralegal

STIPULATION AND ORDER OF DISMISSAL
The Charter Oak Fire Insurance Company, et al. v.
Integrated Concepts and Research Corporation, et al.
Cause No. 3:15CV-00147-SLG

Case 3:15-cv-00147-SLG   Document 54   Filed 02/14/17   Page 6 of 6