Max D. Garner, ABA #9011096
Birch Horton Bittner & Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
mgarner@bhb.com

Paul A. Zevnik *(pro hac vice)*
W. Brad Nes *(pro hac vice)*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-739-5755
Facsimile: 202-739-5779
pzevnik@morganlewis.com
bnes@morganlewis.com

Attorneys for ICRC and VSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEGRATED CONCEPTS AND RESEARCH CORPORATION; VSE CORPORATION and MUNICIPALITY OF ANCHORAGE,<br><br>Defendants. | Case No.: 3:15-cv-00147 RRB |

## NOTICE OF DISMISSAL

Third-Party Plaintiff Integrated Concepts and Research Corporation ("ICRC"), by and through undersigned counsel, hereby voluntarily dismisses with prejudice all of ICRC's claims against Third-Party Defendant National Union Fire Insurance Company of Pittsburg, Pa. ("National Union") under Fed.R.Civ.P. 41(a)(1)(A)(i). The Court may, without further notice or hearing, enter an order dismissing ICRC's claims against National Union with prejudice and on the merits. This dismissal, along with the Stipulation to Dismiss filed at Docket 54, disposes of all claims and counterclaims in this case.

DATED this 14th day of February, 2017.

> BIRCH HORTON BITTNER & CHEROT
> Attorneys for Defendants ICRC and VSE
>
> By: /s/ Max D. Garner
> Max D. Garner, ABA #9011096

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of February, 2017, a true and correct copy of the foregoing was served on the following via electronic mail delivery:

Mr. Eric P. Gillett
Preg O'Donnell & Gillett, PLLC
egillett@pregodonnell.com

Mr. Thomas Lether
Lether & Associates, PLLC
tlether@letherlaw.com

Mr. Robert P. Owens
Assistant Municipal Attorney
uslit@muni.org

BIRCH HORTON BITTNER & CHEROT

By: /s/ Max D. Garner