IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurer, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a foreign insurer, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a foreign insurer, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer,<br><br>    Plaintiffs and<br>    Counter-Defendants,<br><br> vs.<br><br>INTEGRATED CONCEPTS AND RESEARCH CORPORATION, a corporation, VSE CORPORATION, a corporation, and MUNICIPALITY OF ANCHORAGE,<br><br>    Defendants and<br>    Counter-Plaintiffs. | Case No. 3:15-cv-00147-SLG<br><br>**ORDER OF DISMISSAL** |
| INTEGRATED CONCEPTS AND RESEARCH CORPORATION, a corporation,<br><br>    Third-Party Plaintiff,<br><br> vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a foreign insurer, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a foreign insurer, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a foreign insurer,<br><br>    Third-Party Defendants. | |

Upon consideration of the Stipulation of Dismissal filed at Docket 54 and the Notice of Dismissal filed at Docket 55,

IT IS HEREBY ORDERED that Plaintiffs The Charter Oak Fire Insurance Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America's, Defendants/Third-Party Plaintiff Integrated Concepts and Research Corporation, Defendants VSE Corporation and Municipality of Anchorage, and Third-Party Plaintiffs Zurich American Insurance Company and American Guarantee and Liability Insurance Company's claims and counterclaims against each other are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all claims against Third-Party Defendant National Union Fire Insurance Company of Pittsburg, Pa. brought by Third-Party Plaintiff Integrated Concepts and Research Corporation are hereby DISMISSED WITH PREJUDICE.

DATED this 22nd day of February, 2017, at Anchorage, Alaska.

                                                                */s/ Sharon L. Gleason*
                                                                 SHARON L. GLEASON
                                                                 United States District Judge

*The Charter Oak Fire Ins. Co., et al. v. Integrated Concepts & Research Corp., et al.*   Case No. 3:15-cv-00147-SLG
Order of Dismissal     Page 2
Case 3:15-cv-00147-SLG   Document 56   Filed 02/22/17   Page 2 of 2